# Court of Appeals
# of the State of Georgia

ATLANTA, May 11, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0395.  LEROY BANKS, III v. THE STATE.**

On February 9, 2017, the trial court entered an order revoking three years of the probation of Leroy Banks, III.  On April 11, 2017, Banks filed this application for discretionary appeal seeking review of the revocation order.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  This application, filed 61 days after entry of the challenged order, is untimely and is therefore DISMISSED for lack of jurisdiction.

Although Banks has filed a motion to compel the state to produce certain documents he claims are valuable to the development of his "claims on appeal," his failure to perfect jurisdiction renders his motion moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/11/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*